Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–24970–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Myra D Robinson
aka Myra D Shaw
POB 217
Salem, NJ 08079

Social Security No.:
xxx–xx–9514

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 29, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24970-JNP
Myra D Robinson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jan 29, 2019
                              Form ID: 148             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
```
db         +Myra D Robinson,    POB 217,    Salem, NJ 08079-0217
cr         +City of Bridgeton,   c/o Bertram Law Office, L.L.C.,   56 Fayette Street,
             Bridgeton, NJ 08302-2425
517666498  ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,    DALLAS TX 75234-7262
            (address filed with court: Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413)
517666500  +City of Bridgeton,   181 E Commerce St,    Bridgeton, NJ 08302-2623
517666501  +City of Salem,   17 New Market St,    Salem, NJ 08079-1408
517672255  +Credit Acceptance,   25505 W. Twelve Mile #3000,    Southfield, MI 48034-8331
517666506  +Geico Payment Company,    PO Box 55126,   Boston, MA 02205-5126
517666507  +Go Financial,   POB 52526,    Phoenix, AZ 85072-2526
517666508  +Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
517745322  +Lakeview Loan Servicing, LLC,    M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
517693185  +Lakeview Loan Servicing, LLC,    Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
             Westmont, NJ 08108-2812
517666510  +M+T Bank,   POB 619063,   Dallas, TX 75261-9063
517666511  +M+T c/o,   KLM law group,    216 Haddon Ave # 406,    Westmont, NJ 08108-2812
517666514  +Nationstar/Selene,   9990 Richmond Ave,    #400 S,   Houston, TX 77042-8500
517666515  +Nationstar/Selene,   POB 60516,    City of Industry, CA 91716-0516
517666513  +Nationstar/Selene,   130 Clinton Rd #202,   Fairfield, NJ 07004-2927
517666516  +Northeast Title Loans,    1501 N Dupont Hwy,   New Castle, DE 19720-1901
517666518  +Pro Cap II,   c/o Gary Zeitz Esq,    1101 Laurel Oak Rd #170,    Voorhees, NJ 08043-4381
517666519  +Receivables Outsourcing Inc.,    PO Box 62850,   Baltimore, MD 21264-2850
517738622  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Department of Treasury,
             Division of Taxation,   PO Box 245,    Trenton, NJ 08695-0245)
517666520  +Salem County Board of Social Services,    147 S. Virginia Ave.,    Penns Grove, NJ 08069-1797
517666522  +South Jersey Gas,   PO Box 6091,    Bellmawr, NJ 08099-6091
517666523  +State of New Jersey-Tax,   50 Barrack Street, PO Box 269,    Trenton, New Jersey 08646-0269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:30     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517666497  +E-mail/Text: bankruptcy@pepcoholdings.com Jan 29 2019 23:20:53     Atlantic City Electric,
             PO Box 13610,   Philadelphia, PA 19101-3610
517688634   E-mail/Text: bankruptcy@pepcoholdings.com Jan 29 2019 23:20:54
             Atlantic City Electric Company,    Pepco Holdings, Inc.,
             Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
             Carneys Point, NJ 08069-3600
517666502  +EDI: ESSL.COM Jan 30 2019 03:33:00     Dish Network,   Dept 0063,   Palatine, IL 60055-0001
517666503  +E-mail/Text: bankruptcy@fncbinc.com Jan 29 2019 23:20:08
             First National Collection Bureau Inc.,   610 Waltham Way,    Spark, NV 89437-6695
517666504  +EDI: AMINFOFP.COM Jan 30 2019 03:33:00     First Premier Bank,   PO Box 5529,
             Sioux Falls, SD 57117-5529
517666505  +E-mail/Text: bankruptcy@fult.com Jan 29 2019 23:22:45     Fulton Bank,
             125 Salem Woodstown Rd.,    Salem, NJ 08079-2022
517666509  +EDI: IRS.COM Jan 30 2019 03:33:00     IRS,   POB 7346,   Philadelphia, Pennsylvania 19101-7346
517713077   EDI: JEFFERSONCAP.COM Jan 30 2019 03:33:00     Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
517666512  +E-mail/Text: kmorgan@morganlaw.com Jan 29 2019 23:22:19     Morgan, Bornstein & Morgan,
             1236 Brace Rd. Suite K,    Cherry Hill, NJ 08034-3229
517749878  +EDI: JEFFERSONCAP.COM Jan 30 2019 03:33:00     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517666521  +EDI: DRIV.COM Jan 30 2019 03:33:00     Santander Consumer USA,   PO Box 961245,
             Fort Worth, TX 76161-0244
517666524  +E-mail/Text: bankruptcydepartment@tsico.com Jan 29 2019 23:22:17     Transworld Systems Inc.,
             PO Box 17205,   Wilmington, DE 19850-7205
517772991  +EDI: AIS.COM Jan 30 2019 03:33:00     Verizon,   by American InfoSource as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517860833  +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 29 2019 23:21:31
             WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,   SUITE 100,   LOS ANGELES CA 90010-3847
517666525  +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 29 2019 23:21:32     Westlake Financial,
             POB 76809,   Los Angelas , CA 90076-0809
                                                                                              TOTAL: 17
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1           User: admin                   Page 2 of 2                  Date Rcvd: Jan 29, 2019
                               Form ID: 148                  Total Noticed: 40

517666499     ##+California Recovery Bureau,    135 Vallecitos De Oro #G,    San Marcos, CA 92069-1461
517666517     ##+Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
                                                                                           TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              Rebecca J. Bertram    on behalf of Creditor   City of Bridgeton rebeccajbertram@gmail.com
              Terry Tucker    on behalf of Debtor Myra D Robinson terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```